IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID L. LIHALAKHA | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv654 |
| JOE SMITH, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff David L. Lihalakha, an inmate at the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case

---

[1] The copy of the report sent to plaintiff was returned to the court undeliverable.

in accordance with the magistrate judge's recommendations.

  SIGNED at Beaumont, Texas, this 28th day of October, 2005.

in accordance with the magistrate judge's recommendations.

  SIGNED at Beaumont, Texas, this 28th day of October, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE